**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————

**UNITED STATES OF AMERICA**

      **- against -**           **16-cr-170-JGK-7**

**GERARD STOKES,**               **ORDER**

                      **Defendant.**
———————————————————————

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for another conference on **June 25, 2020** at **10:30 A.M.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **June 5, 2020,** until **June 25, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**     **New York, New York**
             **June 5, 2020**        /s/ John G. Koeltl
                           **John G. Koeltl**
                     **United States District Judge**