**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                        16-cr-170-7 (JGK)

**GERARD STOKES,**                               <u>ORDER</u>

                **Defendant.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for July 23, 2020 will be held at 4:30 PM via videoconference. In advance of the conference, Chambers will email the parties with a link to access the videoconference.

    To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the system, only one counsel per party may participate. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 363-4749 and entering access code 8140049.

    To optimize use of the videoconference link, all those participating by video should:

    i.   Use a browser other than Microsoft Explorer to access Skype for Business;

    ii.  Position the participant's device as close to the WiFi router as is feasible;

  iii. Ensure any others in the participant's household are not using WiFi during the period of the call; and

  iv. If there is ambient noise, the participant must mute his or her device when not speaking.

If possible, defense counsel shall discuss the Waiver of Right to be Present at Criminal Proceeding with the Defendant prior to the proceeding. If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form at least 24 hours prior to the proceeding. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

**SO ORDERED.**

**Dated:**  **New York, New York**
   **July 22, 2020**       /s/ John G. Koeltl
               **John G. Koeltl**
            **United States District Judge**