UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

GERARD STOKES,

           Defendant.

- - - - - - - - - - - - - - - - - x

ORDER OF RESTITUTION

S9 16 Cr. 170 (JGK)

Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Daniel C. Richenthal, Assistant United States Attorney, of counsel; review of the presentence investigation report; and in connection with the defendant's conviction on Count One of the above-referenced Information and sentencing, it is hereby ORDERED that:

### 1. Amount of Restitution

Gerard Stokes, the defendant, shall pay restitution in the total amount of $41,614.67, pursuant to 18 U.S.C. §§ 3663, 3663A, to the New York City Human Resources Administration, the victim of the offense charged in Count One, at the following address:

    New York City Human Resources Administration
    Attn: Paul Ligresti, Associate General Counsel
    OLA/Employment Law Division
    150 Greenwich Street, 38th Floor
    New York, NY 10007
    Re: Gerard Stokes, 16 Cr. 170 (SDNY)

Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of the Court is authorized to

2020.01.09

send payments to the new address without further order of this Court.

### A. Joint and Several Liability

Restitution is joint and several with all other defendants in *United States v. Petersen-Fowler, et al.*, 16 Cr. 170, to the extent they were ordered to pay restitution.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant shall commence monthly installment payments of not less than an amount equal to 10% percent of the defendant's gross income, payable on the 15th of the month, upon release from imprisonment, if any.

While serving a term of imprisonment, if any, the defendant shall make installment payments toward his restitution obligation, and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Pursuant to BOP

2

policy, the BOP may establish a payment plan by evaluating the defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends. The remaining balance may be used to determine a repayment schedule. BOP staff shall help the defendant develop a financial plan and shall monitor his progress in meeting his restitution obligation. Any unpaid amount remaining upon release from prison will be paid as set forth above.

If the defendant defaults on the payment schedule set forth above, the Government may pursue other remedies to enforce the judgment.

### 3. Payment Instructions

The defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card, or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the defendant shall contact the Clerk's Office for wiring instructions.

## 4. Additional Provisions

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution, in accordance with 18 U.S.C. § 3664(k). If the defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a court order modifying the payment schedule consistent with the discovery of new or additional assets.

## 5. Restitution Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, if any, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien

4

filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____  \_\_12/16/20\_\_
HONORABLE JOHN G. KOELTL              DATE
UNITED STATES DISTRICT JUDGE

5